FILED

07/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0048

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0048

LAURENCE DEAN JACKSON, JR.,

  Petitioner and Appellant,

v.

STATE OF MONTANA,

  Respondent and Appellee.

## ORDER

 Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore,

 IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including August 16, 2024, within which to prepare, file, and serve his opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 11 2024